No. 9351. STATE OF MONTANA on the relation of ALBERT L. SMITH, PETITIONER, *v.* DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT of the State of Montana, in and for the County of Cascade, and J. W. SPEER, one of the Presiding Judges of said Court, RESPONDENTS.

261 Pac. (2d) 669.

Decided October 14, 1953.

*Charles Davidson,* Great Falls, *Cedor B. Aronow,* Shelby, for Petitioner.

Per Curiam.

It is ordered that the application for the writ be denied and the proceeding here dismissed without prejudice to again raising the question, on a timely and proper appeal from a judgment of conviction, of the right of the accused in a criminal cause to disqualify a district judge presiding in such cause for imputed bias.